178 So.2d 654

**Lionel J. TROXLER**

v.

**Milton J. MONGRUE.**

No. 47856.

Sept. 30, 1965.

In re: Milton J. Mongrue applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Charles, 175 So.2d 309.

Writ refused. There is no error of law in the judgment complained of.